# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BARNEY IVANOVIC,**
Appellant,

v.

**BANK OF AMERICA, N.A.,**
Appellee.

No. 4D21-1069

[February 3, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 502011CA020211XXXXMB.

Barney Ivanovic, Atlantis, pro se.

Nancy M. Wallace of Akerman LLP, Tallahassee, William P. Heller of Akerman LLP, Fort Lauderdale, and Eric M. Levine of Akerman LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***